UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 924(a)(1)(A) |
| | ) | |
| DONALD D. WALKER | ) | False Statement During |
| | ) | Attempted Purchase of a Firearm |

**CR422-0137**

THE GRAND JURY CHARGES THAT:

COUNT ONE
*False Statement During Attempted Purchase of a Firearm*
18 U.S.C. § 924(a)(1)(A)

On or about April 4, 2022, in Liberty County, within the Southern District of Georgia, the defendant,

**DONALD D. WALKER,**

knowingly made a false statement and representation to SPI Guns, a licensed dealer of firearms subject to the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of SPI Guns, in that the defendant stated that he was not under indictment in any court for a felony, when in fact he was under such felony indictment.

All in violation of Title 18, United States Code, Section 924(a)(1)(A)

{Signatures on the following page}

_____
David H. Estes
United States Attorney

_____
Darron J. Hubbard
Special Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division