UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 4:22cr137 |
| | ) | |
| DONALD D. WALKER | ) | |

ORDER

At the initial appearance in this case, the Court determined that Defendant did not qualify for appointed counsel. Defendant does not wish to appear pro se. Defendant requests additional time in which to obtain counsel of his own choosing. For good cause shown, Defendant shall be afforded additional time to secure counsel. The ends of justice served in affording this additional time outweigh the best interest of the Defendant and the public in a speedy trial. The Clerk is **DIRECTED** to exclude time in this case pursuant to 18 U.S.C. § 316l(h)(7)(A) & (B)(iv) from this date until the arraignment.

The arraignment in this case is set for Wednesday, November 9, 2022 at 2:00 p.m.

IT IS SO ORDERED this __13th__ day of October, 2022.

_____
Christopher L. Ray
United States Magistrate Judge